# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1845
_____

Alan Lewis Doering

*Plaintiff - Appellant*

v.

Asa Hutchinson, Governor, Arkansas; Wendy Kelley, Previous Director, ADC; Dexter Payne, Director, ADC; Rory Griffin, Deputy Director, ADC (originally named as "Rory Griffen"); Jeremy Andrews, Warden, Brickey's Unit (Originally named as "Andrews"); Shaquille Beale, Sergeant, Brickey's Unit (Originally named as "Beale"); Franklin Leron Graham, Lieutenant, Brickey's Unit (Originally named as "Graham"); Cimonyae Harris, Correctional Officer, Brickey's Unit (Originally named as Harris); Tevon Smith, Correctional Officer, Brickey's Unit (Originally named as "Smith"); Correct Care Solutions, Medical Care Provider, ADC; Gaylon Lay, Head of Internal Affairs, Central Office (Originally named as "Lay"); Greg Rechcigl, Health Service Administrators, Brickey's Unit; Tammy Kimble, Health Care Provider, Brickey's Unit; Patrick Drummond, APN, Brickey's Unit (Originally named as "Drumond"); Terri Moody, APN, Brickey's Unit; Jasmin Troop, Sergeant, Brickey's Unit (Originally named as "Troop"); Erma Bell, Kitchen Supervisor, East Arkansas Regional Unit, ADC (Originally named as "Jane Doe" and "Bell"); William Straughn, Assistant Director, Arkansas Division of Correction; Gordon Davis, LPN, East Arkansas Regional Unit; Amanda Steinbarger, LPN, Arkansas Regional Unit

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta

_____

Submitted: September 28, 2023
Filed: October 5, 2023
[Unpublished]
_____

Before COLLOTON, GRUENDER, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Alan Doering appeals following the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties' arguments on appeal, we conclude that the district court properly granted summary judgment. See De Rossitte v. Correct Care Sols., LLC, 22 F.4th 796, 802 (8th Cir. 2022) (de novo review of grant of summary judgment); see also King v. Iowa Dep't of Corr., 598 F.3d 1051, 1052 (8th Cir. 2010) (dismissal for failure to exhaust remedies is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny the motion for oral argument.

_____

[1]The Honorable D.P. Marshall, Jr., Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.